# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dicxi Barahona, et al.
                              Plaintiff,

v.                                       Case No.: 1:16−cv−09017
                                                Honorable M. David Weisman

Chudy Builders, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 31, 2018:

        MINUTE entry before the Honorable M. David Weisman: Based on Judge Rowland's ruling, granting the parties joint motion to approve settlement [84], the status hearing set for 8/1/18 is stricken. Accordingly, this case is dismissed without prejudice and with leave to reinstate the case on or before 12/15/18. If a motion to reinstate is not filed on or before 12/15/18, the dismissal shall automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.